# Knaub *against* Esseck.

A sheriff's sale does not divest the lien of a mortgage conditioned for the
payment of an indefinite number of annual instalments depending for their con-
tinuance upon a life in being.
The action of ejectment is a proper mode of enforcing the·payment of the
instalments due upon such mortgage.

ERROR to the common pleas of Adams county.

This was an action of ejectment by Sophia Esseck against Jacob
Knaub, and was founded on a mortgage conditioned for the payment
of 14 pounds 19 shillings and 5 pence annually to the plaintiff dur-
ing her natural life.   The plaintiff claimed a verdict for the land, to
be released on the payment of three instalments due before suit
brought.   The defendant gave in evidence the record of a former
judgment in ejectment for the same land, by the same plaintiff, to
be released on the payment of four previous instalments ; also a
judgment against the owner of the fee, on which the land had been
levied and sold by the sheriff, and a deed made to the purchaser.
This judgment was subsequent to the mortgage on which the suit
was brought.   The defendant below contended, that ejectment was
not a proper remedy ; and that the sheriff's sale divested the lien of

[Knaub v. Esseck.]

the mortgage. But the court (Reed, president) ruled both points against the defendant; and the jury found for the plaintiff, to be released on the payment of the instalments due.

*Fuller,* for plaintiff in error, cited 2 *Rawle* 166.

*Stevens,* for defendant in error.

PER CURIAM.—Land was always sold subject to a mortgage conditioned for payment of an indefinite number of annual instalments, depending for their continuance upon a life in being; because these could not be valued and taken out of the purchase money. In respect to a mortgage given to secure the share of an intestate's widow, any other rule would conflict with the act which directs her interest to remain charged on the land. As to the form of the action, it has always been held that an ejectment lies on a mortgage, because the act which provides a *scire facias* gives no remedy where the object is not to turn the land into money. The direction on both points, then, was correct.

Judgment affirmed.